IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEVRIES,

    Petitioner,                       No. CIV S-05-0235 MCE GGH P

    vs.

GOVERNOR SCHWARZENEGGER, et al.,

    Respondents.                <u>ORDER</u>

_____/

       Respondent's first request for a 45 day extension of time to file an answer to the petition for writ of habeas corpus was considered by the court, and good cause appearing, respondent's request is granted.

       Accordingly, IT IS HEREBY ORDERED that respondent shall file a response by December 13, 2006.

DATED:  11/2/06

                                   /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

dev235.eot

1